**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 09-317-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Vassel et al, | ) | |
| Defendant. | ) | |

The court has before it defendant Spence's Motion to Quash and Dismiss Indictment (doc. 162), Vassel's Joinder (doc. 163), Anderson's Joinder (doc. 167), Godinez' Joinder (doc. 174), Powell's Joinder (doc. 171), Relf's Joinder(doc. 173), the Government's Response to Spence's Motion (doc. 178), the Government's Response to Relf's Joinder (doc. 182), and Relf's Reply (doc. 183).

Spence contends that Lehrman's lying before the grand jury in Louisiana infects his testimony before the grand jury here. He does, however, concede that he has no evidence of perjury on Lehrman's part in the grand jury here. Relf contends that there is no evidence to support Lehrman's testimony before the grand jury that she knew the source of the funds deposited to her account. She further contends that his perjured testimony in Louisiana taints his testimony here.

The Government contends that all of Lehrman's testimony has independent

1 verification, and that there are no misrepresentations in it. It further contends that the activity
2 in Relf's account raises the inference that she knew the source of the funds. It also asserts
3 that wiretap evidence shows that Relf controlled the account.
4     On the assertions here, we cannot say that Lehrman lied before this grand jury. Nor
5 are we prepared to say that his lying before the Louisiana grand jury necessarily taints his
6 testimony here. Liars sometimes lie and sometimes tell the truth. We can say that there is
7 no evidence to suggest the prosecutor misled the grand jury here. Moreover, the government
8 has fulfilled its disclosure obligations and will not be calling Lehrman as a witness in these
9 cases. For all these reasons, it is ORDERED DENYING the Motion to Quash and Dismiss
10 Indictment(doc. 162), and all the Joinders in it.
11     DATED this 13th day of May, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge